IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LINDSEY HAAG,

V.

DYNAMIC DENTAL SOLUTIONS,
LLC, et al

Civil Action No.  21-14 JFL

ORDER

**AND NOW, TO WIT:** This 21ST   day of  MAY, 2021, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is ,

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.  The Court intends to retain jurisdiction for ninety (90) days from now, and any settlement agreement is approved and made a part of the record and this Order for enforcement purposes only.

KATE BARKMAN, Clerk of Court

**By:**  /ss/ Carlene L. Kohut_____
     Carlene L. Kohut,
     Deputy Clerk
     Judge Henry S. Perkin

Civ 2 (7/95)
41.1(b)